≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

### APPEARANCE

Case Number: 07 Mag 1010

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Albert Rivera

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2007 | *[signature]* |
| Date | Signature |
| | Jennifer Brown |
| | Print Name / Bar Number |
| | 52 Duane Street |
| | Address |
| | New York / NY / 10007 |
| | City / State / Zip Code |
| | (212) 417-8722 / (212) 571-0382 |
| | Phone Number / Fax Number |